# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| ANTONIA TARPLEY, individually, and on behalf of all others similarly situated | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-00233-M |
| CASH LINK USA, LLC, and JOHN DOES 1-10 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANTONIA TARPLEY, individually, and on behalf of all others similarly situated.

Date: 01/31/2023

s:/ Mohammed O. Badwan
*Attorney's signature*

Mohammed O. Badwan #6299011
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

mbadwan@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*