UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTONIA TARPLEY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Cause No. 3:23-CV-00233 |
| | § | |
| **CASH LINK USA, LLC AND JOHN DOES 1 – 10,** | § | |
| | § | |
| *Defendants*. | § | |

### DEFENDANT CASH LINK USA, LLC'S
### MOTION TO COMPEL ARBITRATION AND TO DISMISS THE ACTION

COMES NOW, Defendant, Cash Link USA, LLC ("Defendant"), and files this motion to compel arbitration and to dismiss this action with prejudice or, in the alternative, to stay the action pending arbitration (the "Motion").

Under the Federal Arbitration Act (9 U.S.C. § 1, et seq.), and in accordance with the arbitration clause contained in the parties' agreement, Plaintiff Antonia Tarpley ("Plaintiff"), is required to submit her claims to binding arbitration. Because the claims must be submitted to arbitration, the Court should dismiss this action with prejudice, or alternatively, stay this action pending arbitration.

For the reasons outlined above and detailed in the corresponding Brief in Support of the Motion, Defendant respectfully asks the Court to compel arbitration and to dismiss this case with prejudice.

On February 22, 2023, counsel for Defendant conferred with counsel for Plaintiff regarding the Motion. On February 23, 2023, counsel for Defendant sent a copy of the applicable arbitration

provision to counsel for Plaintiff. As of the date of this Motion, counsel for Plaintiff has not indicated whether he is opposed to the Motion.

          Respectfully submitted,

          **KILPATRICK TOWNSEND & STOCKTON LLP**

By:    /s/ *Zoe Stendara*
       ZOE STENDARA
       Texas Bar No: 24122986
       2001 Ross Avenue, Suite 4400
       Dallas, Texas 75201
       Telephone:   (214) 922-7115
       Telecopier:   (214) 279-1415
       Email: zstendara@kilpatricktownsend.com

**ATTORNEY FOR DEFENDANT
CASH LINK USA, LLC**

## CERTIFICATE OF CONFERENCE

On February 22, 2023, counsel for Defendant conferred with counsel for Plaintiff regarding this motion to compel arbitration and to dismiss this action with prejudice or, in the alternative, to stay the action pending arbitration (the "Motion"). On February 23, 2023, counsel for Defendant sent a copy of the applicable arbitration provision to counsel for Plaintiff. As of the date of this Motion, counsel for Plaintiff has not indicated whether he is opposed to this Motion.

          *Nicholas J. Nieto*
          Nicholas J. Nieto

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of February, 2023, the foregoing document was served upon all counsel of record via the Court's CM/ECF System pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Court.

**Email: mbadwan@sulaimanlaw.com**
**Email: mdaher@sulaimanlaw.com**
Mohammed O. Badwan
Marwan Daher
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
*Attorneys for Plaintiff*

**Email: nayeem@nnmpc.com**
Nayeem N. Mohammed
LAW OFFICE OF NAYEEM N. MOHAMMED
539 W Commerce St #1899
Dallas, Texas 75208
*Attorney for Plaintiff*

                                                *Zoe Stendara*
                                                Zoe Stendara